DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN A. TOTH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1788

[August 17, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Sellers Johnson, Judge; L.T. Case No. 2012-CF-011260-A.

John A. Toth, Crawfordville, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***